UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MIDWESTERN HOLDINGS, LLC

                Plaintiff,

v.

EASTERN ROOFING SYSTEMS, INC.,

                Defendant.

**STIPULATION OF DISMISSAL (WITHOUT PREJUDICE)**

Civil Action No.
3:11-cv-00590 (GTS/ATB)

---

**STIPULATED** by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is dismissed without prejudice and without costs to either party as against the other.

This stipulation may be filed without further notice with the Clerk of the Court.

COUGHLIN & GERHART, L.L.P.
Paul J. Sweeney, Esq., of Counsel
Federal Bar Roll No. 506094
*Attorneys for Plaintiff*
P.O. Box 2039
Binghamton, NY 13902-2039
Tel: (607) 723-9511

September 20, 2011

LEVENE, GOULDIN & THOMPSON, LLP
Gary W. Farneti, Esq., of Counsel
Federal Bar Roll No. 301129
*Attorneys for Defendant*
P.O. Box F-1706
Vestal, NY 13850
Tel: (607) 763-9200

September 19TH, 2011

IT IS SO ORDERED:

Hon. Glenn T. Suddaby
U.S. District Judge
Dated: September 21, 2011
       Syracuse, NY