UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MIDWESTERN HOLDINGS, LLC

      Plaintiff,

v.

EASTERN ROOFING SYSTEMS, INC.,

      Defendant.

**STIPULATION OF DISMISSAL (WITHOUT PREJUDICE)**

Civil Action No.
3:11-cv-00590 (GTS/ATB)

---

**STIPULATED** by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is dismissed <u>without prejudice</u> and without costs to either party as against the other.

This stipulation may be filed without further notice with the Clerk of the Court.

COUGHLIN & GERHART, L.L.P.
Paul J. Sweeney, Esq., of Counsel
Federal Bar Roll No. 506094
*Attorneys for Plaintiff*
P.O. Box 2039
Binghamton, NY 13902-2039
Tel: (607) 723-9511

September 20, 2011

LEVENE, GOULDIN & THOMPSON, LLP
Gary W. Farneti, Esq., of Counsel
Federal Bar Roll No. 301129
*Attorneys for Defendant*
P.O. Box F-1706
Vestal, NY 13850
Tel: (607) 763-9200

September 19TH, 2011

IT IS SO ORDERED:

Hon. Glenn T. Suddaby
U.S. District Judge
Dated: September 21, 2011
    Syracuse, NY